# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

131211

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

DAVID RAYCHARD ANTWINE,
  Defendant-Appellant.

_____/

Clifford W. Taylor,
*Chief Justice*

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
*Justices*

SC: 131211
COA: 259860
Wayne CC: 04-006518-01

   On order of the Court, the application for leave to appeal the April 20, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

t0821